**DISMISS; Opinion Filed January 31, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-01710-CV

**KAREN TELLEZ, Appellant**

V.

**ADRIANA CARRIZALES AND NELDA VALTIERRA, Appellees**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-01517**

## MEMORANDUM OPINION

Before Justices O'Neill, FitzGerald, and Lang-Miers
Opinion by Justice FitzGerald

The parties have filed a "Joint Motion to Dismiss Appeal" in which they aver that they have settled their dispute. After consideration, we grant the motion and dismiss this appeal as requested by the parties. *See* TEX. R. APP. P. 42.1(a)(2)(A).

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE

111710F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

KAREN TELLEZ, Appellant

No. 05-11-01710-CV      V.

ADRIANA CARRIZALES and NELDA
VALTIERRA, Appellees

On Appeal from the 193rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-11-01517.
Opinion delivered by Justice FitzGerald.
Justices O'Neill and Lang-Miers
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal pursuant to the parties' settlement agreement. Pursuant to the parties' agreement, we **ORDER** that each party bear her own costs of appeal.

The obligations of Traveler's Casualty and Surety Company of America as surety on appellant's supersedeas bond are **DISCHARGED**.

Judgment entered January 31, 2013.

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE